NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

### SELPA CONSTRUCTION & RENTAL EQUIPMENT CORPORATION,
*Appellant,*

v.

### PATRICK R. DONAHOE, POSTMASTER GENERAL,
*Appellee.*

---

2011-1316

---

Appeal from the Postal Service Board of Contract Appeals in nos. 5039, 5142, 5145, and 5348, Administrative Judge Norman D. Menegat.

---

## ON MOTION

---

## ORDER

Upon consideration of Selpa Construction's motion to withdraw its motion for leave of court to include appellant's post trial memorandum in appendix, or in the alternative, grant it leave to file brief in excess of pages,

IT IS ORDERED THAT:

The motion to withdraw the motion for leave of court is granted. The motion for leave of court to include appellant's post trial memorandum in appendix, or in the alternative, grant it leave to file brief in excess of pages is withdrawn.

FOR THE COURT

AUG 2 6 2011                        /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc: Stuart A. Weinstein-Bacal, Esq.
    William J. Grimaldi, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 6 2011

JAN HORBALY
CLERK